Philip Cozens, State Bar Number 84051
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504

Attorney for Defendant Glenn Steinmetz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:06-0057-WMW |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | |
| | ) | |
| | ) | |
| GLENN STEINMETZ, | ) | |
| | ) | Hearing Date: June 13, 2006 |
| Defendant. | ) | Dept: Judge Wunderlich |
| | ) | Time: 9:00 a.m. |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal procedure, Defendant Glenn Steinmetz submits this waiver of his appearance for the arraignment scheduled for June 13, 2006 at 9:00 a.m. and the subsequent status conferences in the courtroom of the Magistrate William M. Wunderlich.

 /S/Glenn Steinmetz          /S/ Philip Cozens
Glenn Steinmetz              Philip Cozens
Defendant                    Attorney for Defendant
                             Glenn Steinmetz

Case 6:06-mj-00057-WMW   Document 6   Filed 06/26/06   Page 2 of 3

Such waiver is accepted by the court.

IT IS SO ORDERED.

**Dated:   June 13, 2006**                                   **/s/  William M. Wunderlich**

mmkd34                                           UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

Mmkd34**Dated:   June 13, 2006**                     **/s/  William M. Wunderlich**

UNITED STATES MAGISTRATE JUDGE